| **Return** | | |
|---|---|---|
| Case No.:<br>17-SW-00043-REL | Date and time warrant executed:<br>03/01/2017  -  11:48AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

BOOST ZTE PRESTIGE N9132 SMART CELL PHONE WITH THE PHONE NUMBER 314-565-7495, ELECTRONIC SERIAL NUMBER 256691570203670132 WAS DELIVERED TO THE HEART OF AMERICA REGIONAL COMPUTER FORENSICS LABORATORY (HARCFL) FOR FORENSIC EXAMINATION ON MARCH 1, 2017 AT 11:48 AM.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   3/7/2017

_____
Executing officer's signature

FBI SPECIAL AGENT MICHAEL PAUL BUONO
_____
Printed name and title